**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 1 8 2009 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | 08-cr-76 ~~(NGG)~~ JBW |
| | : | **ORDER ALLOWING** |
| V. | : | **RELEASE OF LIEN ON** |
| | | **PREMISES** |
| MICHAEL KING | : | Hon. JACK B. WEINSTEIN |

On consent of the parties, specifically the United States of America (AUSA Daniel Brownell) and Michael King (Marc Agnifilo, Esq., Brafman & Associates, 767 Third Avenue; New York, New York 10017), and for good cause shown:

IT IS ORDERED, that the lien on defendant's premises located at 451 Christine Court, Freehold, New Jersey 07728, which served as collateral in order to secure defendant's Appearance Bond in the amount of $750,000, shall be released.

Dated: November 18, 2009

HON. JACK B. WEINSTEIN
U.S. Senior District Judge

Re: Release of Lien on Premises – U.S. v. Michael King
Case No. 08-cr-76 (~~NGG~~) *JBW*

Michael King was a defendant in Criminal Case No. 08-cr-76 held before Judge Jack B. Weinstein in New York Eastern District Court. A 6 months imprisonment sentence was imposed on Mr. King on December 1, 2008 by the Court. Mr. King began his incarceration on August 11, 2009 at Fort Dix Federal Prison.

On February 7, 2008 Michael King signed a Secured Appearance Bond in the amount of $750,000. Michael King provided the following collateral to secure the bond: Premises located at 451 Christine Court, Freehold, New Jersey 07728.

As Mr. King was sentenced and began serving his sentence his case is now closed. Hence, I am authorizing the release of the Lien on the premises located at 451 Christine Court, Freehold, New Jersey 07728.

_Daniel D Brownell_

Daniel Brownell
US Attorney's Office, Eastern District of NY

Sworn to before me
on this 10th of November 2009

_signature_

NOTARY PUBLIC

SAMUEL D. NOEL
Notary Public, State of New York
No. 01NO4964346
Qualified in Kings County
Commission Expires April 2, 2010